```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16143
   ANDRE D DONALDSON
   CHRISTINE J DONALDSON                      CHAPTER 13

                                              JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-5608      SSN XXX-XX-2080

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/23/2008 and was not confirmed.

    The case was dismissed without confirmation 08/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG          .00          .00           .00
WELLS FARGO BANK NA        SECURED VEHIC     9075.00           .00           .00
WELLS FARGO BANK NA        UNSECURED         7237.65           .00           .00
SBC                        UNSECURED        NOT FILED          .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED        NOT FILED          .00           .00
CAPITAL ONE                UNSECURED        NOT FILED          .00           .00
CHARTER ONE BANK           UNSECURED        NOT FILED          .00           .00
T-MOBILE                   UNSECURED        NOT FILED          .00           .00
AT&T BROADBAND             UNSECURED        NOT FILED          .00           .00
KCA FINANCIAL SERVICES     UNSECURED        NOT FILED          .00           .00
VYRIDIAN REVENUE MGMT      UNSECURED        NOT FILED          .00           .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          528.33           .00           .00
SINAI HEALTH SYSTEM        UNSECURED        NOT FILED          .00           .00
STATE COLLECTION SERVICE   NOTICE ONLY      NOT FILED          .00           .00
WEST SIDE EMERGENCY PHYS   UNSECURED        NOT FILED          .00           .00
CHICAGOLAND EMERGENCY PH   UNSECURED        NOT FILED          .00           .00
CHICAGOLAND EMERGENCY PH   UNSECURED        NOT FILED          .00           .00
MEDICAL WEST SUBURB        UNSECURED        NOT FILED          .00           .00
MORTAGE ELECTRONICS REGI   NOTICE ONLY      NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED        NOT FILED          .00           .00
GMAC MORTGAGE              MORTGAGE ARRE          .00          .00           .00
BURNS & WINCEK LTD         DEBTOR ATTY       2,499.00                     1,957.76
TOM VAUGHN                 TRUSTEE                                          170.24
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  2,128.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16143 ANDRE D DONALDSON & CHRISTINE J DONALDSON
```

```
ADMINISTRATIVE                                                  1,957.76
TRUSTEE COMPENSATION                                              170.24
DEBTOR REFUND                                                        .00
                                         ---------------   ---------------
TOTALS                                          2,128.00          2,128.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/19/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE